IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **WANDA HAWKINS** <br> 3904 Enders Lane <br> Bowie, MD 20716 <br><br> Plainti**f**, <br><br> **v.** <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001 <br><br> And <br><br> **NATIONAL RAILROAD PASSENGER CORPORATION** <br> 1 Massachusetts Avenue, N.W. <br> Washington, DC 20001 <br><br> **Serve: CT Corporation** <br> **1010 15th Street, NW** <br> **Washington, DC 20005** <br><br> And <br><br> **CLARK CONSTRUCTION GROUP, LLC** <br> 7500 Old Georgetown Road <br> Bethesda, MD 20814 <br><br> **Serve: Resident Agent** <br> **The Corp. Trust** <br> **2405 York Road** <br> **#201** <br> **Lutherville, MD 21093** <br><br> Defendants. | Case No.  8:19-CV-240 |

## **DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF REMOVAL**

Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), by and through counsel, pursuant to 28 U.S.C. §1446, provides notice of removal of a civil action from the Circuit Court for Prince George's County.  In support of this removal, WMATA states as follows:

1. On or about October 22, 2018, Plaintiff filed a Complaint captioned *Wanda Hawkins v. Washington Metropolitan Area Transit Authority, et al* in the Circuit for Prince George's County under Case No. CAL18-38721.

2. WMATA received the Writ of Summons and Complaint in the aforementioned case on January 7, 2019 by certified mail.

3. Copies of the Writ of Summons and Complaint in the aforementioned civil action accompany this Notice of Removal.  These documents constitute the only process, pleadings or orders received by WMATA in the action.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Section 81 of the WMATA Compact as codified and set forth in MD CODE ANN, TRANS ART., §10-204(81).

**WHEREFORE**, WMATA requests that the entire action now pending in the Circuit Court for Prince George's County be removed to the United States District Court for the District of Maryland.

        WASHINGTON METROPOLITAN AREA
        TRANSIT AUTHORITY
        By Counsel:

        */s/ Neal M. Janey Jr.*
        Neal M. Janey, Jr.
        *Bar No.:* 26800
        Assistant General Counsel
        WMATA-COUN
        600 Fifth Street, N.W.
        Washington, D.C.   20001
        (202) 962 1067 telephone
        (202) 962-2550 facsimile
        E-mail:   nmjaney@wmata.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January 2019, a copy of the foregoing Defendant Washington Metropolitan Area Transit Authority's Notice of Removal was mailed, first class mail, postage prepaid to:

1. John R. Webster, Jr., Esquire
   THOMAS V. MIKE MILLER, JR., P.A.
   P.O Box 364
   Dunkirk, Maryland 20754

2. NATIONAL RAILROAD PASSENGER CORP.
   1 Massachusetts Avenue, N.W.
   Washington, DC 20001

3. CT Corporation
   1010 15th Street, NW
   Washington, DC 20005

4. CLARK CONSTRUCTION GROUP, LLC
   7500 Old Georgetown Road
   Bethesda, MD 20814

5. The Corporation Trust
   2405 York Road, #201
   Lutherville, MD 21093

        */s/ Neal M. Janey Jr.*
        Neal M. Janey, Jr.